UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x

JOHN DOUGAL AND BIG DOUGS
ENTERPRISES, LLC.,

                Plaintiff,

      -against-                          **STIPULATION**

FREDRICK IPPOLITO, INDIVIDUALLY AND      Index No. CV 11-1370
AS COMMISSIONER OF PLANNING OF THE      Assigned Judge: Arthur D. Spatt
TOWN OF OYSTER BAY N.Y. JOHN VENDETTO,
INDIVIDUALLY AND AS SUPERVISOR OF THE
TOWN OF OYSTER BAY, N.Y. AND TOWN OF
TOWN OF OYSTER BAY,

                Defendants.
------------------------------------x

        **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, attorneys of record for the parties to the within proceeding, that the Defendant, TOWN OF OYSTER BAY, shall cease and desist from placing a lien on the subject premises of the above captioned action during the pendency of said action and until the determination of same.

                                                            LEONARD GENOVA
                                                            TOWN ATTORNEY

_____       _____
ARTHUR V. GRASECK, JR.                     By:  DONNA B. SWANSON, ESQ.
Attorney for the Plaintiff                      Deputy Town Attorney
                                                Attorney for the Defendants
                                                DS8708