UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
JOHN DOUGAL, et ano.,

          Plaintiffs,

-V.-

                                      No. 11   1370
                                         (ADS) (ETB)
FREDRICK IPPOLITO, etc., et al.,

          Defendants.

-------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★   MAR 3 1 2011   ★

LONG ISLAND OFFICE

## ORDER TO SHOW CAUSE

Upon reading the verified complaint of plaintiffs in this action and upon motion of plaintiffs for a preliminary injunction:

IT IS ORDERED that defendants and each of them show cause before me in Courtroom 1020 of the United States District Court for the Eastern District of New York, on the 15th day of April, 2011 at 10:00 a.m. ~~p.m.~~ on that day or as soon thereafter as counsel may be heard, why a preliminary injunction should not be granted, as prayed for by plaintiffs, enjoining defendants and each of them and their respective officials, agents, employees, and representatives and all persons acting in concert with them from placing a lien on plaintiffs' property.

~~And further let a copy of this order be served upon each of the defendants or their attorneys by certified mail return receipt requested forthwith.~~

Dated this 31st day of March, 2011, at 11:05 PM
in the Eastern District of New York,

                                                             _____
                                                             UNITED STATES DISTRICT JUDGE