UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x

JOHN DOUGAL AND BIG DOUGS
ENTERPRISES, LLC.,

                Plaintiff,

     -against-

FREDRICK IPPOLITO, INDIVIDUALLY AND
AS COMMISSIONER OF PLANNING OF THE
TOWN OF OYSTER BAY N.Y. JOHN VENDETTO,
INDIVIDUALLY AND AS SUPERVISOR OF THE
TOWN OF OYSTER BAY, N.Y. AND TOWN OF
TOWN OF OYSTER BAY,

                Defendants.
----------------------------------------------------------x

**STIPULATION**

Index No. CV 11-1370
Assigned Judge: Arthur D. Spatt

       **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, attorneys of record for the parties to the within proceeding, that the Defendant, TOWN OF OYSTER BAY, shall cease and desist from placing a lien on the subject premises of the above captioned action during the pendency of said action and until the determination of same.

_____
ARTHUR V. GRASECK, JR.
Attorney for the Plaintiff

LEONARD GENOVA
TOWN ATTORNEY

_____
By: DONNA B. SWANSON, ESQ.
Deputy Town Attorney
Attorney for the Defendants
DS8708